





SCHOOLHOUSE
Powered by NCIC

# Certificate

## of Course Completion

THIS IS TO CERTIFY THAT

# Charly Cruz-jimenez

has successfully completed the course:
Dealing With Difficult People In Life & Work

Katee Bond
**Curriculum Coordinator**

William Pope
**President of NCIC**

January 8, 2025
**Date Issued**







# Certificate

## of Course Completion

THIS IS TO CERTIFY THAT

## Charly Cruz-jimenez

has successfully completed the course:

Hidden Secrets Of Selling - Part 2

_Katee Bond_
Curriculum Coordinator

_William Popp_
President of NCIC

January 8, 2025
Date Issued







# Certificate

## of Course Completion

THIS IS TO CERTIFY THAT

## Charly Cruz-jimenez

has successfully completed the course:
Strategic Planning Skills SR

_Katee Bond_
**Curriculum Coordinator**

_William Pope_
**President of NCIC**

January 8, 2025
**Date Issued**







# Certificate

## of Course Completion

THIS IS TO CERTIFY THAT

## Charly Cruz-jimenez

has successfully completed the course:
Diversity, Equity, and Inclusion Building

Curriculum Coordinator

President of NCIC

January 8, 2025

Date Issued







# Certificate

## of Course Completion

THIS IS TO CERTIFY THAT

# Charly Cruz-jimenez

has successfully completed the course:

Understanding and Improving Your Credit Score

_Katee Bond_
**Curriculum Coordinator**

_William Pope_
President of NCIC

January 4, 2025

Date Issued







# Certificate

## of Course Completion

### THIS IS TO CERTIFY THAT

## Charly Cruz-jimenez

has successfully completed the course:
Don't Let Them Fool You

**Curriculum Coordinator**

**President of NCIC**

January 8, 2025

**Date Issued**







# Certificate

## of Course Completion

THIS IS TO CERTIFY THAT

## Charly Cruz-jimenez

has successfully completed the course:

Montessori Parenting

January 4, 2025

_____
Curriculum Coordinator

_____
President of NCIC

_____
Date Issued







# Certificate

## of Course Completion

THIS IS TO CERTIFY THAT

## Charly Cruz-jimenez

has successfully completed the course:
First Aid Basics

_Katee Bond_
**Curriculum Coordinator**

_William Pope_
**President of NCIC**

January 4, 2025
**Date Issued**







# Certificate

## of Course Completion

THIS IS TO CERTIFY THAT

## Charly Cruz-jimenez

has successfully completed the course:
Are You an Ally? Try Taking on These 5 Roles

Curriculum Coordinator

President of NCIC

January 8, 2025

Date Issued





## SCHOOLHOUSE
### Powered by NCIC



# Certificate
## of Course Completion

THIS IS TO CERTIFY THAT

# Charly Cruz-jimenez

has successfully completed the course:

Exercise For Stress Relief

_KateeBond_
**Curriculum Coordinator**

_William_
**President of NCIC**

January 8, 2025
**Date Issued**





# Certificate

## of Course Completion

THIS IS TO CERTIFY THAT

## Charly Cruz-jimenez

has successfully completed the course:

Debt Snowball

_Katee Bond_

Curriculum Coordinator

_William Pope_

President of NCIC

January 8, 2025

Date Issued





# Certificate

## of Course Completion

THIS IS TO CERTIFY THAT

## Charly Cruz-jimenez

has successfully completed the course:

Overcoming the Fear of Failure

Curriculum Coordinator

President of NCIC

January 8, 2025

Date Issued





SCHOOLHOUSE
Powered by **NCIC**



# Certificate

## of Course Completion

THIS IS TO CERTIFY THAT

## Charly Cruz-jimenez

has successfully completed the course:
Health And Wellness Coaching Certification

*Katee Bond*

**Curriculum Coordinator**

*William Pope*

**President of NCIC**

January 8, 2025

**Date Issued**





SCHOOLHOUSE
Powered by NCIC



# Certificate

## of Course Completion

THIS IS TO CERTIFY THAT

## Charly Cruz-jimenez

has successfully completed the course:
Microsoft Office 365 Web Apps

*Katee Bond*

**Curriculum Coordinator**

*William Pope*

**President of NCIC**

January 4, 2025

**Date Issued**





# Certificate

## of Course Completion

THIS IS TO CERTIFY THAT

## Charly Cruz-jimenez

has successfully completed the course:
Office 365 for End Users

_Katee Bond_
**Curriculum Coordinator**

_William_
**President of NCIC**

January 4, 2025
**Date Issued**







# SCHOOLHOUSE
### Powered by NCIC

# Certificate
## of Course Completion

THIS IS TO CERTIFY THAT

## Charly Cruz-jimenez

has successfully completed the course:
Time Management Skills

*Katee Bond*
**Curriculum Coordinator**

*William L.*
**President of NCIC**

January 8, 2025
**Date Issued**







# Certificate

## of Course Completion

THIS IS TO CERTIFY THAT

## Charly Cruz-jimenez

has successfully completed the course:

I Can Use Letter Sounds to Decode Words

Curriculum Coordinator

President of NCIC

January 8, 2025

Date Issued







# Certificate

## of Course Completion

THIS IS TO CERTIFY THAT

## Charly Cruz-jimenez

has successfully completed the course:

Habilidades para la Vida Después de la Reclusión

*Katee Bond*
**Curriculum Coordinator**

*William J.*
**President of NCIC**

October 21, 2024
**Date Issued**





**SCHOOLHOUSE**
Powered by NCIC

# Certificate

## of Course Completion

THIS IS TO CERTIFY THAT

## Charly Cruz-jimenez

has successfully completed the course:
Honoring Herstory During Women's History Month

_Katee Bond_

Curriculum Coordinator

_William Pope_

President of NCIC

January 8, 2025

Date Issued





# Certificate

## of Course Completion

THIS IS TO CERTIFY THAT

## Charly Cruz-jimenez

has successfully completed the course:
Thinking Critically SR

Curriculum Coordinator

President of NCIC

December 27, 2024

Date Issued





**SCHOOLHOUSE**
Powered by NCIC

# Certificate

## of Course Completion

THIS IS TO CERTIFY THAT

## Charly Cruz-jimenez

has successfully completed the course:
Conceptos básicos de nutrición

Curriculum Coordinator

President of NCIC

October 17, 2024

Date Issued





# Certificate

## of Course Completion

THIS IS TO CERTIFY THAT

# Charly Cruz-jimenez

has successfully completed the course:
Complete Guide to Writing Business Plans

---

**Curriculum Coordinator**

**President of NCIC**

January 8, 2025

**Date Issued**







## SCHOOLHOUSE
### Powered by NCIC

# Certificate
## of Course Completion

THIS IS TO CERTIFY THAT

## Charly Cruz-jimenez

has successfully completed the course:
Motivating Yourself & Others

*Katee Bond*
Curriculum Coordinator

*William Pope*
President of NCIC

January 8, 2025
Date Issued







# Certificate

## of Course Completion

THIS IS TO CERTIFY THAT

# Charly Cruz-jimenez

has successfully completed the course:

Healthy Heart

_Katee Bond_

**Curriculum Coordinator**

_William Pope_

**President of NCIC**

January 4, 2025

**Date Issued**





# Certificate

## of Course Completion

### THIS IS TO CERTIFY THAT

## Charly Cruz-jimenez

has successfully completed the course:

Dare to Disagree

_Katie Bond_

**Curriculum Coordinator**

_William ___

**President of NCIC**

January 8, 2025

**Date Issued**





**SCHOOLHOUSE**
Powered by NCIC

# Certificate

## of Course Completion

THIS IS TO CERTIFY THAT

## Charly Cruz-jimenez

has successfully completed the course:
Faces in Full Color: An Exploration of Multiculturalism

_Katee Bond_
Curriculum Coordinator

_William Pope_
President of NCIC

January 8, 2025
Date Issued





## SCHOOLHOUSE
### Powered by NCIC

# Certificate
## of Course Completion

THIS IS TO CERTIFY THAT

## Charly Cruz-jimenez

has successfully completed the course:

Parenting Styles

*Katee Bond*

**Curriculum Coordinator**

*William Pope*

**President of NCIC**

January 8, 2025

**Date Issued**







# Certificate

## of Course Completion

THIS IS TO CERTIFY THAT

# Charly Cruz-jimenez

has successfully completed the course:

Joint Health

_Katee Bond_

Curriculum Coordinator

_William Pope_

President of NCIC

January 4, 2025

Date Issued







# Certificate

## of Course Completion

THIS IS TO CERTIFY THAT

## Charly Cruz-jimenez

has successfully completed the course:
Millionaire Success Mindset

*KateeBond*

**Curriculum Coordinator**

*William ___*

**President of NCIC**

January 8, 2025

**Date Issued**







# Certificate

## of Course Completion

THIS IS TO CERTIFY THAT

# Charly Cruz-jimenez

has successfully completed the course:

Office 2013 Lync

_Katee Bond_

**Curriculum Coordinator**

_William Pope_

**President of NCIC**

January 4, 2025

**Date Issued**





# Certificate

## of Course Completion

THIS IS TO CERTIFY THAT

## Charly Cruz-jimenez

has successfully completed the course:
Managing Personal Finances 2.0

_KateeBond_
Curriculum Coordinator

_William Pope_
President of NCIC

January 8, 2025

Date Issued







# Certificate

## of Course Completion

THIS IS TO CERTIFY THAT

## Charly Cruz-jimenez

has successfully completed the course:

Office 365 Administration

_Katee Bond_
**Curriculum Coordinator**

_William Pope_
**President of NCIC**

January 4, 2025
**Date Issued**







# Certificate

## of Course Completion

THIS IS TO CERTIFY THAT

# Charly Cruz-jimenez

has successfully completed the course:
Video Editing for Beginners

Curriculum Coordinator

President of NCIC

January 4, 2025

Date Issued







**SCHOOLHOUSE**

Powered by NCIC

# Certificate

## of Course Completion

THIS IS TO CERTIFY THAT

# Charly Cruz-jimenez

has successfully completed the course:

Hidden Secrets Of Selling - Part 3

_Katee Bond_

**Curriculum Coordinator**

_William Pope_

**President of NCIC**

January 8, 2025

**Date Issued**





SCHOOLHOUSE
Powered by NCIC



# Certificate

## of Course Completion

THIS IS TO CERTIFY THAT

## Charly Cruz-jimenez

has successfully completed the course:
Procrastination Solution

_Katee Bond_
**Curriculum Coordinator**

_William Pope_
**President of NCIC**

January 8, 2025
**Date Issued**







# Certificate

## of Course Completion

THIS IS TO CERTIFY THAT

## Charly Cruz-jimenez

has successfully completed the course:
DWI Education

Curriculum Coordinator

President of NCIC

January 8, 2025

Date Issued





# SCHOOLHOUSE
### Powered by NCIC

# Certificate

## of Course Completion

THIS IS TO CERTIFY THAT

## Charly Cruz-jimenez

has successfully completed the course:
Entrepreneur & Small Business Mindsets for Success

Katee Bond
**Curriculum Coordinator**

William Pope
**President of NCIC**

January 8, 2025
**Date Issued**





# Certificate

## of Course Completion

THIS IS TO CERTIFY THAT

# Charly Cruz-jimenez

has successfully completed the course:
Developing Business Models

Curriculum Coordinator

President of NCIC

January 8, 2025

Date Issued







# Certificate

## of Course Completion

THIS IS TO CERTIFY THAT

## Charly Cruz-jimenez

has successfully completed the course:
Inclusive Conversations at Work

_Katee Bond_
**Curriculum Coordinator**

_William Pope_
**President of NCIC**

January 4, 2025
**Date Issued**







# Certificate

## of Course Completion

THIS IS TO CERTIFY THAT

## Charly Cruz-jimenez

has successfully completed the course:
What is Stress?

_Katee Bond_
Curriculum Coordinator

_William Pope_
President of NCIC

January 4, 2025
Date Issued







# Certificate

## of Course Completion

THIS IS TO CERTIFY THAT

# Charly Cruz-jimenez

has successfully completed the course:

RISE Introduction to Google Suite / Workspace

Curriculum Coordinator

President of NCIC

January 4, 2025

Date Issued







# Certificate

## of Course Completion

THIS IS TO CERTIFY THAT

# Charly Cruz-jimenez

has successfully completed the course:

Interpersonal Skills

_Katee Bond_
**Curriculum Coordinator**

_William Pope_
President of NCIC

January 8, 2025
Date Issued





# Certificate

## of Course Completion

THIS IS TO CERTIFY THAT

# Charly Cruz-jimenez

has successfully completed the course:
Master Time Management in 2 Hours

_Katee Bond_
**Curriculum Coordinator**

_William Pope_
**President of NCIC**

January 8, 2025
**Date Issued**







# Certificate

## of Course Completion

THIS IS TO CERTIFY THAT

## Charly Cruz-jimenez

has successfully completed the course:

Basic Financial Literacy

_Katee Bond_
**Curriculum Coordinator**

_William Pope_
**President of NCIC**

January 4, 2025
**Date Issued**







# Certificate

## of Course Completion

THIS IS TO CERTIFY THAT

## Charly Cruz-jimenez

has successfully completed the course:
New Year, New You!

_Katee Bond_
**Curriculum Coordinator**

_William Pope_
**President of NCIC**

January 8, 2025
**Date Issued**







# Certificate

## of Course Completion

THIS IS TO CERTIFY THAT

## Charly Cruz-jimenez

has successfully completed the course:

Binge-Free Health Lifestyle Diet

Curriculum Coordinator

President of NCIC

January 8, 2025

Date Issued





# Certificate

## of Course Completion

### THIS IS TO CERTIFY THAT

## Charly Cruz-jimenez

has successfully completed the course:
Organizational Culture Change Training - Management Skills

Curriculum Coordinator

President of NCIC

January 8, 2025

Date Issued







# Certificate

## of Course Completion

THIS IS TO CERTIFY THAT

## Charly Cruz-jimenez

has successfully completed the course:

MS Teams for End Users

Curriculum Coordinator

President of NCIC

January 8, 2025

Date Issued







# Certificate

## of Course Completion

THIS IS TO CERTIFY THAT

## Charly Cruz-jimenez

has successfully completed the course:

Introduction to Business Accounting 1

_Katee Bond_

**Curriculum Coordinator**

_William Pope_

**President of NCIC**

January 8, 2025

**Date Issued**







# Certificate

## of Course Completion

THIS IS TO CERTIFY THAT

## Charly Cruz-jimenez

has successfully completed the course:
Mindfulness Through Movement

**Curriculum Coordinator**

**President of NCIC**

January 4, 2025

**Date Issued**







## Certificate

### of Course Completion

THIS IS TO CERTIFY THAT

# Charly Cruz-jimenez

has successfully completed the course:

Graphic Design Fundamentals

Curriculum Coordinator

President of NCIC

January 8, 2025

Date Issued







# Certificate

## of Course Completion

THIS IS TO CERTIFY THAT

## Charly Cruz-jimenez

has successfully completed the course:

7 Go-to Strategies to Tame Stress

_Katee Bond_

**Curriculum Coordinator**

_William Pope_

**President of NCIC**

January 8, 2025

**Date Issued**







# Certificate

## of Course Completion

THIS IS TO CERTIFY THAT

# Charly Cruz-jimenez

has successfully completed the course:

Writing Free Verse

Curriculum Coordinator

President of NCIC

January 8, 2025

Date Issued





# Certificate

## of Course Completion

THIS IS TO CERTIFY THAT

# Charly Cruz-jimenez

has successfully completed the course:
Understanding Yoga Education

_Katie Bond_
**Curriculum Coordinator**

_William Pope_
**President of NCIC**

January 4, 2025
**Date Issued**






## SCHOOLHOUSE
Powered by **NCIC**

# Certificate

## of Course Completion

THIS IS TO CERTIFY THAT

## Charly Cruz-jimenez

has successfully completed the course:

Impulse Control: Mastering the Art of Self Discipline

*Katee Bond*

Curriculum Coordinator

*William*

President of NCIC

January 8, 2025

Date Issued







# Certificate

## of Course Completion

THIS IS TO CERTIFY THAT

## Charly Cruz-jimenez

has successfully completed the course:

Black History Month Can Be Every Month

*Katie Bond*

**Curriculum Coordinator**

*William Pope*

**President of NCIC**

January 8, 2025

**Date Issued**







**SCHOOLHOUSE**
Powered by **NCIC**

# Certificate

## of Course Completion

THIS IS TO CERTIFY THAT

## Charly Cruz-jimenez

has successfully completed the course:
Transformational Leadership

_Katee Bond_

**Curriculum Coordinator**

_William_

**President of NCIC**

January 8, 2025

**Date Issued**







# Certificate

## of Course Completion

THIS IS TO CERTIFY THAT

## Charly Cruz-jimenez

has successfully completed the course:
Understanding and Supporting Individuals with Autism

_Katee Bond_

**Curriculum Coordinator**

_William ___

**President of NCIC**

January 8, 2025

**Date Issued**







# Certificate

## of Course Completion

THIS IS TO CERTIFY THAT

## Charly Cruz-jimenez

has successfully completed the course:

Beating Depression

_KateeBond_

**Curriculum Coordinator**

_William_

**President of NCIC**

January 8, 2025

**Date Issued**





# SCHOOLHOUSE
Powered by NCIC

# Certificate

## of Course Completion

THIS IS TO CERTIFY THAT

## Charly Cruz-jimenez

has successfully completed the course:
Leadership and Management Training

*Katee Bond*

**Curriculum Coordinator**

*William ...*

**President of NCIC**

January 8, 2025

**Date Issued**







# Certificate

## of Course Completion

THIS IS TO CERTIFY THAT

# Charly Cruz-jimenez

has successfully completed the course:

Get Organized

_Katee Bond_

**Curriculum Coordinator**

_William Pope_

**President of NCIC**

January 8, 2025

**Date Issued**







# Certificate

## of Course Completion

THIS IS TO CERTIFY THAT

# Charly Cruz-jimenez

has successfully completed the course:

Staying Safe on Social Media

**Curriculum Coordinator**

**President of NCIC**

January 8, 2025

**Date Issued**







# Certificate

## of Course Completion

THIS IS TO CERTIFY THAT

## Charly Cruz-jimenez

has successfully completed the course:
How to Identify and Stop Using Ableist Language

_Katee Bond_

**Curriculum Coordinator**

_William Lopez_

**President of NCIC**

January 8, 2025

**Date Issued**







# Certificate

## of Course Completion

T H I S   I S   T O   C E R T I F Y   T H A T

## Charly Cruz-jimenez

has successfully completed the course:

Focus Forward

*Katee Bond*

**Curriculum Coordinator**

*William Pope*

**President of NCIC**

January 8, 2025

**Date Issued**





SCHOOLHOUSE
Powered by NCIC



# Certificate

## of Course Completion

THIS IS TO CERTIFY THAT

# Charly Cruz-jimenez

has successfully completed the course:
Communication Essentials 1

_Katee Bond_
**Curriculum Coordinator**

_William Pope_
**President of NCIC**

January 8, 2025
**Date Issued**







## SCHOOLHOUSE
Powered by NCIC

# Certificate

## of Course Completion

THIS IS TO CERTIFY THAT

# Charly Cruz-jimenez

has successfully completed the course:
Stretching For The Inflexible - Beginner Stretching

_Katee Bond_

_____
Curriculum Coordinator

_William Pope_

_____
President of NCIC

January 4, 2025

_____
Date Issued







# Certificate
## of Course Completion

THIS IS TO CERTIFY THAT

## Charly Cruz-jimenez

has successfully completed the course:
Forgiveness is Freedom

Curriculum Coordinator

President of NCIC

January 8, 2025

Date Issued