





# Certificate

## of Course Completion

THIS IS TO CERTIFY THAT

## Charly Cruz-jimenez

has successfully completed the course:

Power of Positive Thinking

_Katee Bond_
**Curriculum Coordinator**

_William Pope_
**President of NCIC**

January 8, 2025
**Date Issued**







# Certificate

## of Course Completion

### THIS IS TO CERTIFY THAT

## Charly Cruz-jimenez

has successfully completed the course:

Brainstorming Mastery: Generate Creative & Innovative Ideas

_Katee Bond_

**Curriculum Coordinator**

_William Pope_

**President of NCIC**

January 8, 2025

**Date Issued**







# Certificate

## of Course Completion

THIS IS TO CERTIFY THAT

## Charly Cruz-jimenez

has successfully completed the course:

Basics of Investing

*KateeBond*

**Curriculum Coordinator**

*William Pope*

**President of NCIC**

January 4, 2025

**Date Issued**







# Certificate

## of Course Completion

T H I S   I S   T O   C E R T I F Y   T H A T

# Charly Cruz-jimenez

has successfully completed the course:

Logical Decision-Making

_Katee Bond_
**Curriculum Coordinator**

_William Pope_
**President of NCIC**

January 4, 2025
**Date Issued**





# Certificate

## of Course Completion

THIS IS TO CERTIFY THAT

## Charly Cruz-jimenez

has successfully completed the course:

Mindfulness Meditation

_Katee Bond_
Curriculum Coordinator

_William Pope_
President of NCIC

January 8, 2025
Date Issued







# Certificate

## of Course Completion

THIS IS TO CERTIFY THAT

# Charly Cruz-jimenez

has successfully completed the course:

Study and Learning Skills For College & University Students

_Katee Bond_
**Curriculum Coordinator**

_William Pope_
President of NCIC

January 4, 2025
Date Issued







# Certificate

## of Course Completion

THIS IS TO CERTIFY THAT

## Charly Cruz-jimenez

has successfully completed the course:
Management Science Models and Techniques

Curriculum Coordinator

President of NCIC

January 8, 2025

Date Issued







# Certificate

## of Course Completion

THIS IS TO CERTIFY THAT

## Charly Cruz-jimenez

has successfully completed the course:
What is Black History Month?

_Katie Bond_
Curriculum Coordinator

_William Pope_
President of NCIC

January 8, 2025
Date Issued







# Certificate

## of Course Completion

THIS IS TO CERTIFY THAT

# Charly Cruz-jimenez

has successfully completed the course:

Entrepreneurship Qualities for First-Time Entrepreneurs

_Katee Bond_
**Curriculum Coordinator**

_William Lopez_
**President of NCIC**

January 4, 2025
**Date Issued**







# Certificate

## of Course Completion

THIS IS TO CERTIFY THAT

# Charly Cruz-jimenez

has successfully completed the course:
The Art of Definitive Choices

Curriculum Coordinator

President of NCIC

January 8, 2025

Date Issued







# Certificate

## of Course Completion

THIS IS TO CERTIFY THAT

## Charly Cruz-jimenez

has successfully completed the course:
What is Your Leadership Style?

_Katee Bond_
Curriculum Coordinator

_William J._
President of NCIC

January 8, 2025
Date Issued





SCHOOLHOUSE
Powered by NCIC



# Certificate

## of Course Completion

THIS IS TO CERTIFY THAT

## Charly Cruz-jimenez

has successfully completed the course:
Immunity Boosting Foods

_Katie Bond_

**Curriculum Coordinator**

_William Pope_

**President of NCIC**

January 4, 2025

**Date Issued**







# Certificate

## of Course Completion

THIS IS TO CERTIFY THAT

## Charly Cruz-jimenez

has successfully completed the course:

Microsoft Office 360 SharePoint for End Users

**Curriculum Coordinator**

**President of NCIC**

January 4, 2025

**Date Issued**







# Certificate

## of Course Completion

THIS IS TO CERTIFY THAT

# Charly Cruz-jimenez

has successfully completed the course:

Online Income Formula

_Katie Bond_

**Curriculum Coordinator**

_William Pope_

**President of NCIC**

January 8, 2025

**Date Issued**



SCHOOLHOUSE

Powered by NCIC

# CERTIFICATE
## OF ACHIEVEMENT

This Certificate is Proudly Presented To

## *Charly Cruz-jimenez*

This certificate is proudly presented in recognition of the
student's hard work and dedication in completing the 130-hour
Rising Stars Reentry Program, demonstrating an outstanding
commitment to personal and professional growth through NCIC
Schoolhouse.

KateeBond
**Curriculum Coordinator**

William Top
**President of NCIC**

January 4, 2025
**Date Issued**









# SCHOOLHOUSE
### Powered by NCIC

# Certificate
## of Course Completion

THIS IS TO CERTIFY THAT

## Charly Cruz-jimenez

has successfully completed the course:
Intro to HR Concepts

_Katee Bond_

**Curriculum Coordinator**

_William Pope_

**President of NCIC**

January 8, 2025

**Date Issued**







# SCHOOLHOUSE
### Powered by NCIC

# Certificate

## of Course Completion

THIS IS TO CERTIFY THAT

## Charly Cruz-jimenez

has successfully completed the course:

Outstanding Customer Service - The Ultimate Guide

*Katee Bond*

**Curriculum Coordinator**

*William L.*

**President of NCIC**

January 8, 2025

**Date Issued**





SCHOOLHOUSE
Powered by NCIC



# Certificate

## of Course Completion

THIS IS TO CERTIFY THAT

# Charly Cruz-jimenez

has successfully completed the course:
RISE The Power of Self-Motivation Micro-Learning

_Katee Bond_
_____
Curriculum Coordinator

_William Pope_
_____
President of NCIC

January 8, 2025
_____
Date Issued





# Certificate

## of Course Completion

THIS IS TO CERTIFY THAT

## Charly Cruz-jimenez

has successfully completed the course:
Makeup Essentials

_____
Curriculum Coordinator

_____
President of NCIC

January 4, 2025
_____
Date Issued







# Certificate

## of Course Completion

THIS IS TO CERTIFY THAT

## Charly Cruz-jimenez

has successfully completed the course:
Ultimate Time Management Course

Curriculum Coordinator

President of NCIC

January 8, 2025

Date Issued







**Powered by** NCIC

# Certificate

## of Course Completion

THIS IS TO CERTIFY THAT

## Charly Cruz-jimenez

has successfully completed the course:

Beyond Tolerance: Nurturing an Inclusive Mindset

*Katee Bond*

**Curriculum Coordinator**

*William [signature]*

**President of NCIC**

January 8, 2025

**Date Issued**







# SCHOOLHOUSE
## Powered by NCIC

# Certificate
## of Course Completion

THIS IS TO CERTIFY THAT

## Charly Cruz-jimenez

has successfully completed the course:
Leadership Skills vs. Management

Curriculum Coordinator

President of NCIC

January 8, 2025

Date Issued





# Certificate

## of Course Completion

THIS IS TO CERTIFY THAT

# Charly Cruz-jimenez

has successfully completed the course:
Time to Find a New Job?

_____
Curriculum Coordinator

_____
President of NCIC

January 8, 2025
_____
Date Issued







SCHOOLHOUSE
Powered by NCIC

# Certificate

## of Course Completion

THIS IS TO CERTIFY THAT

# Charly Cruz-jimenez

has successfully completed the course:
Disabling Distraction

_KateeBond_
**Curriculum Coordinator**

_William Pope_
**President of NCIC**

January 8, 2025
**Date Issued**







# Certificate

## of Course Completion

THIS IS TO CERTIFY THAT

## Charly Cruz-jimenez

has successfully completed the course:

Carb Cycling: Discover The SECRET System Of Weight Loss

_Katee Bond_

Curriculum Coordinator

_William Pope_

President of NCIC

January 4, 2025

Date Issued





# Certificate

## of Course Completion

THIS IS TO CERTIFY THAT

## Charly Cruz-jimenez

has successfully completed the course:

Stress Management - For Relief From Stress of Life & Work

_Katee Bond_

Curriculum Coordinator

_William Pope_

President of NCIC

January 8, 2025

Date Issued





# Certificate

## of Course Completion

THIS IS TO CERTIFY THAT

# Charly Cruz-jimenez

has successfully completed the course:
Sales Fundamentals

_Katee Bond_
**Curriculum Coordinator**

_William Pope_
**President of NCIC**

January 8, 2025
**Date Issued**







# Certificate

## of Course Completion

THIS IS TO CERTIFY THAT

# Charly Cruz-jimenez

has successfully completed the course:
Functional Fitness Training - Get in Shape At Home

_Katee Bond_

**Curriculum Coordinator**

_William_

**President of NCIC**

January 4, 2025

**Date Issued**







**SCHOOLHOUSE**
Powered by **NCIC**

# Certificate

## of Course Completion

THIS IS TO CERTIFY THAT

# Charly Cruz-jimenez

has successfully completed the course:
Introduction to Marketing

_Katee Bond_

**Curriculum Coordinator**

_William J_

**President of NCIC**

January 8, 2025

**Date Issued**







# Certificate

## of Course Completion

THIS IS TO CERTIFY THAT

## Charly Cruz-jimenez

has successfully completed the course:

Steps to Secure Your Future

_Katee Bond_

**Curriculum Coordinator**

_William Pope_

**President of NCIC**

January 8, 2025

**Date Issued**





SCHOOLHOUSE
Powered by NCIC



# Certificate

## of Course Completion

THIS IS TO CERTIFY THAT

## Charly Cruz-jimenez

has successfully completed the course:
Herbs and Natural Remedies

_KateeBond_
**Curriculum Coordinator**

_William_
**President of NCIC**

January 8, 2025
**Date Issued**







# Certificate

## of Course Completion

THIS IS TO CERTIFY THAT

## Charly Cruz-jimenez

has successfully completed the course:
Muscle Building Secrets

_KateeBond_
**Curriculum Coordinator**

_William Pope_
**President of NCIC**

January 4, 2025
**Date Issued**





SCHOOLHOUSE
Powered by 

# Certificate

## of Course Completion

THIS IS TO CERTIFY THAT

## Charly Cruz-jimenez

has successfully completed the course:
What to do During a Traffic Stop!

Curriculum Coordinator

President of NCIC

January 8, 2025

Date Issued





# Certificate

## of Course Completion

THIS IS TO CERTIFY THAT

# Charly Cruz-jimenez

has successfully completed the course:

Superior Brain Health

_Katee Bond_
**Curriculum Coordinator**

_William Pope_
**President of NCIC**

January 4, 2025
**Date Issued**







# Certificate

## of Course Completion

THIS IS TO CERTIFY THAT

## Charly Cruz-jimenez

has successfully completed the course:

Charming Chats

_Katee Bond_

**Curriculum Coordinator**

_William Pope_

**President of NCIC**

January 4, 2025

**Date Issued**





# SCHOOLHOUSE
Powered by NCIC



# Certificate

## of Course Completion

THIS IS TO CERTIFY THAT

## Charly Cruz-jimenez

has successfully completed the course:
Effective Human Resources (HR) Administration

Curriculum Coordinator

President of NCIC

January 8, 2025

Date Issued





SCHOOLHOUSE
Powered by NCIC

# Certificate

## of Course Completion

THIS IS TO CERTIFY THAT

## Charly Cruz-jimenez

has successfully completed the course:
Maslow's Hierarchy of Needs

_Katee Bond_
_____
Curriculum Coordinator

_William Pope_
_____
President of NCIC

October 22, 2024
_____
Date Issued





# SCHOOLHOUSE
### Powered by NCIC

# Certificate

## of Course Completion

THIS IS TO CERTIFY THAT

## Charly Cruz-jimenez

has successfully completed the course:
Addiction Adieu Formula

_Katee Bond_

**Curriculum Coordinator**

_William Pope_

**President of NCIC**

October 15, 2024

**Date Issued**







# Certificate

## of Course Completion

THIS IS TO CERTIFY THAT

## Charly Cruz-jimenez

has successfully completed the course:

Good Citizenship

_Katee Bond_

**Curriculum Coordinator**

_William Pope_

**President of NCIC**

January 8, 2025

**Date Issued**





# SCHOOLHOUSE
## Powered by NCIC

# Certificate
## of Course Completion

THIS IS TO CERTIFY THAT

## Charly Cruz-jimenez

has successfully completed the course:

The Lost Art of Being Present

_Katee Bond_

**Curriculum Coordinator**

_William Pope_

**President of NCIC**

January 8, 2025

**Date Issued**







# Certificate

## of Course Completion

THIS IS TO CERTIFY THAT

# Charly Cruz-jimenez

has successfully completed the course:
Home Workout

Curriculum Coordinator

President of NCIC

January 4, 2025

Date Issued





**SCHOOLHOUSE**
Powered by NCIC

# Certificate

## of Course Completion

THIS IS TO CERTIFY THAT

# Charly Cruz-jimenez

has successfully completed the course:
RISE Managing Time for Productivity

*Katee Bond*

Curriculum Coordinator

*William Pope*

President of NCIC

November 29, 2024

Date Issued







# Certificate

## of Course Completion

THIS IS TO CERTIFY THAT

## Charly Cruz-jimenez

has successfully completed the course:
Diversity Foundations

*KateeBond*
**Curriculum Coordinator**

*William J. Pope*
**President of NCIC**

January 8, 2025
**Date Issued**







# Certificate

## of Course Completion

THIS IS TO CERTIFY THAT

# Charly Cruz-jimenez

has successfully completed the course:

Hidden Secrets Of Selling - Part 4

_Katee Bond_

**Curriculum Coordinator**

_William Pope_

**President of NCIC**

January 8, 2025

**Date Issued**





# Certificate

## of Course Completion

THIS IS TO CERTIFY THAT

# Charly Cruz-jimenez

has successfully completed the course:
Resolución de Conflictos

Curriculum Coordinator

President of NCIC

January 4, 2025

Date Issued





SCHOOLHOUSE
Powered by NCIC

# Certificate

## of Course Completion

THIS IS TO CERTIFY THAT

## Charly Cruz-jimenez

has successfully completed the course:

Sales 2.0 - How to Sell the Current Customer Easily

*Katee Bond*
Curriculum Coordinator

*William Pope*
President of NCIC

January 8, 2025
Date Issued







# Certificate

## of Course Completion

THIS IS TO CERTIFY THAT

## Charly Cruz-jimenez

has successfully completed the course:

Managing Project Teams

_Curriculum Coordinator_

_President of NCIC_

January 8, 2025

Date Issued





# Certificate

## of Course Completion

THIS IS TO CERTIFY THAT

## Charly Cruz-jimenez

has successfully completed the course:
Decision Making Mastery

_Katee Bond_

**Curriculum Coordinator**

_William J_

**President of NCIC**

January 8, 2025

**Date Issued**





SCHOOLHOUSE
Powered by NCIC



# Certificate

## of Course Completion

THIS IS TO CERTIFY THAT

## Charly Cruz-jimenez

has successfully completed the course:

Insomnia Solution

_Katee Bond_
**Curriculum Coordinator**

_William Pope_
**President of NCIC**

January 4, 2025
**Date Issued**





# Certificate

## of Course Completion

THIS IS TO CERTIFY THAT

## Charly Cruz-jimenez

has successfully completed the course:
Office 2016 Access Advanced

Curriculum Coordinator

President of NCIC

January 4, 2025

Date Issued







# Certificate

## of Course Completion

THIS IS TO CERTIFY THAT

## Charly Cruz-jimenez

has successfully completed the course:

Search Engine Optimization

_Katee Bond_

**Curriculum Coordinator**

_William Pope_

**President of NCIC**

January 4, 2025

**Date Issued**





# Certificate

## of Course Completion

THIS IS TO CERTIFY THAT

## Charly Cruz-jimenez

has successfully completed the course:
Principles Of Success - Growth Mindset

_Katee Bond_
**Curriculum Coordinator**

_William Pope_
**President of NCIC**

January 8, 2025
**Date Issued**





**Powered by** NCIC

# Certificate

## of Course Completion

THIS IS TO CERTIFY THAT

# Charly Cruz-jimenez

has successfully completed the course:

Developing Healthy Optimism

_Katee Bond_

**Curriculum Coordinator**

_William Pope_

**President of NCIC**

January 8, 2025

**Date Issued**







# SCHOOLHOUSE
### Powered by NCIC

# Certificate

## of Course Completion

THIS IS TO CERTIFY THAT

## Charly Cruz-jimenez

has successfully completed the course:
Autocuida Do (Practicing Self-Care)

_Katee Bond_

**Curriculum Coordinator**

_William Pope_

**President of NCIC**

October 3, 2024

**Date Issued**







# Certificate

## of Course Completion

THIS IS TO CERTIFY THAT

## Charly Cruz-jimenez

has successfully completed the course:
Simple Habits Of Greatness

_____
Curriculum Coordinator

_____
President of NCIC

January 8, 2025
_____
Date Issued







# Certificate

## of Course Completion

THIS IS TO CERTIFY THAT

# Charly Cruz-jimenez

has successfully completed the course:

Choosing Health Insurance

_Katee Bond_

**Curriculum Coordinator**

_William Pope_

**President of NCIC**

January 8, 2025

**Date Issued**





SCHOOLHOUSE
Powered by NCIC



# Certificate

## of Course Completion

THIS IS TO CERTIFY THAT

## Charly Cruz-jimenez

has successfully completed the course:
Advanced Parenting Skills

_Katee Bond_
**Curriculum Coordinator**

_William Pope_
**President of NCIC**

January 8, 2025
**Date Issued**







# Certificate

## of Course Completion

THIS IS TO CERTIFY THAT

## Charly Cruz-jimenez

has successfully completed the course:
Email Etiquette and Management

*KateeBond*
Curriculum Coordinator

*William Pope*
President of NCIC

December 30, 2024
Date Issued







# Certificate

## of Course Completion

THIS IS TO CERTIFY THAT

# Charly Cruz-jimenez

has successfully completed the course:

Building Bridges: Effective Communication Techniques

_Katee Bond_
**Curriculum Coordinator**

_William Pope_
**President of NCIC**

January 8, 2025
**Date Issued**





SCHOOLHOUSE
Powered by NCIC



# Certificate

## of Course Completion

T H I S   I S   T O   C E R T I F Y   T H A T

## Charly Cruz-jimenez

has successfully completed the course:
El Maravilloso Mundo de la Cartografía

---

Curriculum Coordinator

President of NCIC

January 4, 2025

Date Issued





SCHOOLHOUSE
Powered by 

# Certificate

## of Course Completion

T H I S   I S   T O   C E R T I F Y   T H A T

## Charly Cruz-jimenez

has successfully completed the course:
Assessing Your Strengths, Interests, and Values

_Katee Bond_

**Curriculum Coordinator**

_William Pope_

**President of NCIC**

January 8, 2025

**Date Issued**







# Certificate

## of Course Completion

THIS IS TO CERTIFY THAT

## Charly Cruz-jimenez

has successfully completed the course:

The Art of Reinventing Yourself

_Katee Bond_

**Curriculum Coordinator**

_William Pope_

**President of NCIC**

January 8, 2025

**Date Issued**





# Certificate

## of Course Completion

THIS IS TO CERTIFY THAT

## Charly Cruz-jimenez

has successfully completed the course:
The Basics of Managing Stress

Curriculum Coordinator

President of NCIC

January 8, 2025

Date Issued





SCHOOLHOUSE
Powered by 

# Certificate

## of Course Completion

T H I S   I S   T O   C E R T I F Y   T H A T

## Charly Cruz-jimenez

has successfully completed the course:
RISE Success is an Iceberg

_Katee Bond_
**Curriculum Coordinator**

_William Pope_
**President of NCIC**

January 8, 2025
**Date Issued**







# Certificate

## of Course Completion

THIS IS TO CERTIFY THAT

## Charly Cruz-jimenez

has successfully completed the course:

Communication Mediums

Katee Bond
_____
Curriculum Coordinator

William Pope
_____
President of NCIC

January 4, 2025
_____
Date Issued





SCHOOLHOUSE
Powered by NCIC

# Certificate

## of Course Completion

THIS IS TO CERTIFY THAT

## Charly Cruz-jimenez

has successfully completed the course:
Letters & Sounds for Beginner Readers

*Katee Bond*

**Curriculum Coordinator**

*William Pope*

**President of NCIC**

October 21, 2024

**Date Issued**





**SCHOOLHOUSE**
Powered by **NCIC**

# Certificate

## of Course Completion

THIS IS TO CERTIFY THAT

# Charly Cruz-jimenez

has successfully completed the course:
Effective Bookkeeping and Payroll

*Katee Bond*

**Curriculum Coordinator**

*William Pope*

**President of NCIC**

January 5, 2025

**Date Issued**







# Certificate

## of Course Completion

THIS IS TO CERTIFY THAT

## Charly Cruz-jimenez

has successfully completed the course:

Personal Productivity Master Class

_Katee Bond_

**Curriculum Coordinator**

_William _____

**President of NCIC**

January 8, 2025

**Date Issued**